

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2016

No. 04-16-00186-CV

**COTTER & SONS, INC**; James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, L.P.; Cotter 7447 Harwin Building, LP; Cotter Equities, LLC; Cotter Harwin Equities LLC; Cotter Katy Equities, LLC; Cotter Katy Freeway Building, LP; Et al.,
Appellants

v.

**BJ CORPORATION D/B/A NATIONAL BUILDING SERVICE**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The court reporter has filed a notification of late reporter's record, requesting sixty additional days from the current deadline to prepare the reporter's record. We grant the request and ORDER the court reporter to file the reporter's record on or before July 11, 2016. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court